## McCLENDON *v.* THE STATE.

EVANS, P. J.   No exception is taken to any ruling on evidence, or to any instruction or refusal to charge; the sole complaint being that the evidence was insufficient. The evidence examined, and held sufficient to support the verdict.

> *Judgment affirmed.   All the Justices concur.*
> MARCH 12, 1912.

Indictment for murder.   Before Judge Whipple.   Dooly superior court.   December 30, 1911.

*Busbee & Busbee,* for plaintiff in error.

*T. S. Felder, attorney-general,* and *Max E. Land, solicitor-general,* contra.